FILED
2024 Jul-26  PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TYRONE CHRISTOPHER THOMPSON, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Case No. 1:22-cv-01515-MHH-NAD ) |
| JOHN Q. HAMM, et al., | ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 8, 2024, the magistrate judge entered a report in which he recommended that the Court deny Tyrone Christopher Thompson's § 2254 habeas petition. (Doc. 16). The magistrate judge advised the parties of their right to file objections within 14 days. (Doc. 16, pp. 30-31). To date, the Court has not received objections.

After consideration of the materials in the electronic record in this case, the Court adopts the magistrate judge's report and accepts his recommendation. Consistent with the recommendation, by separate order the Court will deny Mr. Thompson's petition and dismiss the petition for writ of habeas corpus with prejudice.

Because the petition does not present issues that are debatable among jurists of reason, this Court will not issue a certificate of appealability. 28 U.S.C. § 2253(c);

*Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.  If Mr. Thompson wishes to appeal, he must request a certificate of appealability from the Eleventh Circuit Court of Appeals.  Rule 11(a), Rules Governing § 2254 Proceedings; Fed. R. App. P. 22.  For additional information about the time to file a notice of appeal, see Rule 11(b), Rules Governing § 2254 Proceedings and Fed. R. App. P. 4(a).

The Clerk shall please TERM Doc. 16.

**DONE** and **ORDERED** this July 26, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE